No. 02–8144. TINLIN *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–8146. THOMAS *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 02–8147. WINTER *v.* DEPARTMENT OF AGRICULTURE. C. A. 9th Cir. Certiorari denied.

No. 02–8148. WISE *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 02–8149. LOPEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–8151. MERRITT *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8152. ALEXANDER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8153. CYPRIEN *v.* CAREY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–8154. DIOMBERA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8155. CONWELL *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8156. CRUZ-SAUCEDO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8158. CAMPBELL *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 02–8159. CONKLE *v.* POTTER, POSTMASTER GENERAL. C. A. 10th Cir. Certiorari denied.

No. 02–8160. MCKIEARNAN *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.